UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK THOMAS FREEMAN,

        Petitioner,

v.                                  Case No. 07-cv-10350
                                      Honorable Denise Page Hood

JAN TROMBLEY,

        Respondent.

_____/

## ORDER DENYING THE PETITION FOR A WRIT OF HABEAS CORPUS AND MOTION FOR BOND

Petitioner Frederick Freeman filed a petition for habeas corpus with this Court on January 23, 2007. On October 14, 2010, the Court granted a conditional writ. The matter was appealed to the Sixth Circuit, which found on May 18, 2012 that the Court should have dismissed Petitioner's writ as time-barred. *Freeman v. Trombley*, Nos. 10-2419, 10-2420, 2012 U.S. App. LEXIS 10317, 2012 WL 1815680 (6th Cir. 2012) (unpublished). The Sixth Circuit issued a mandate on July 30, 2012. [Docket No. 61].

In accordance to the Sixth Circuit's mandate, the Court concludes that Petitioner is not entitled to federal habeas relief on the claims contained in his petition because they are time-barred. The Court **DENIES WITH PREJUDICE** the petition for habeas corpus. Accordingly, Petitioner's Motion for Bond [Docket No. 56, filed May 2, 2012] is **DENIED**.

Dated: October 26, 2012                  S/Denise Page Hood
                                                Denise Page Hood
                                                United States District Judge

07-10350 Freeman v. Trombley

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 26, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager